THOMAS P. O'BRIEN
United States Attorney       JS-6
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THOMAS K. BUCK (Cal. Bar No. 70307)
Assistant United States Attorney
CHUNG H. HAN (Cal. Bar No. 191757)
Assistant United States Attorney
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-3989
     Facsimile: (213) 894-7819
     Email: tom.buck@usdoj.gov
     Email: chung.han@usdoj.gov

Attorneys for Defendant
United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPER LAKE, LLC, a California limited liability corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. EDCV 08-00059 VAP (JCRx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT UNITED STATES OF AMERICA** |

JUDGMENT - 1

This action came on for trial before the Court on April 7, 8, 14, 15, 16, 17, 21 and 22, 2009, the Honorable Virginia A. Phillips, District Judge Presiding, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff Harper Lake, LLC, take nothing, that the action be dismissed on the merits and that defendant the United States of America recover its costs.

Dated: June 04, 2009

_____
THE HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented By:
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ Chung H. Han
THOMAS K. BUCK
Assistant United States Attorney
CHUNG H. HAN
Assistant United States Attorney
Attorneys for Defendant
United States of America